TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN















TEXAS COURT OF APPEALS, THIRD
DISTRICT, AT AUSTIN

 

 




 
 
 NO. 03-12-00689-CV
 
 




 

 

M. M., Appellant

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 




 
 
 FROM THE 207th
 District Court OF Caldwell
 COUNTY, 
 NO. 2011-FL-299,
 The Honorable Todd A. Blomerth, JUDGE
 PRESIDING
 
 




 

 


 
 
                                                                      O
 R D E R
  
 PER CURIAM
 Appellant M. M. filed her notice of appeal on October
 11, 2012.  The appellant’s brief
 was filed on January 3, 2013,
 making appellee=s brief
 due January 23, 2013.  To date, appellee=s
 brief has not been filed. 
 Recent amendments to the rules of judicial administration accelerate
 the final disposition of appeals from suits for termination of parental
 rights.  See Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf
 (providing 180 days for court’s final disposition).  The accelerated schedule requires greater
 compliance with briefing deadlines. 
 Therefore we order counsel to file appellee=s
 brief no later than February 11, 2013.  If the brief is not filed by that date,
 counsel may be required to show cause why he should not be held in contempt of court.
 It is ordered on January 25,
 2013.
  
 Before
 Justices Puryear, Pemberton and Rose